**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7161**

_____

CHARLES E. HINTON; RAKIM WALIYY SHAKUR;
FRANK ROBINSON, JR.; SHELDON COLLINS,

Plaintiffs - Appellants,

VANN SONG; KEVIN MCGILL; DAVID STANLEY; JOHNNY
L. BURRIS; TYMONE NELSON; DEMETRIUS DIXON;
CARLOS J. WEATHERS; DARRELL L. PERRY; JAMES H.
EVANS; BYRON L. JACKSON; KURTIS S. BENJAMIN;
LOREN HENDERSON,

Plaintiffs,

versus

PETER  S. GILCHRIST, III; JANE DOE, Superior
Court Clerk; JOHN DOE, District Court Judge,
Court Room 1101, on 3/14/00; ISABEL SCOTT DAY,
Public Defender, District 26; KEVIN P. TULLY,
Assistant Public Defender; MARC S. GENTILE,
Assistant  Public  Defender;  GAY  R.  ATKINS,
Attorney at Law, Assistant Public Defender;
ALICIA  BROOKS,  Attorney  at  Law,  Assistant
Public Defender; SHARON JUMPER, Attorney at
Law, Assistant Public Defender; JEAN LAWSON,
Attorney at Law, Assistant Public Defender;
STEPHANIE JORDAN, Attorney at Law, Assistant
Public Defender; JOHN TOTTEN, Attorney at Law,
Assistant Public Defender; GREGORY L. WOODS,
Assistant  Public  Defender;  JIM  PENDERGRAPH,
Sheriff; HAAKON THORSEN, Attorney at Law,
Assistant  Public  Defender;  CHARLES  MORGAN,
JR.,  Attorney  at  Law,  Assistant  Public
Defender,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-00-246-3-3-MU)

Submitted: October 24, 2002          Decided: December 2, 2002

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles E. Hinton, Rahim Waliyy Shakur, Frank Robinson, Jr., Sheldon Collins, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hinton v. Gilchrist, No. CA-00-246-3-3-MU (E.D.N.C. July 7, 2000). Loren Henderson's motions to proceed in forma pauperis and for the appointment of counsel at the Government's expense are denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4